FOREMAN v. SHOLL

No. 86A94

Case below: 113 N.C.App. 283

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 16 June 1994 as to the question whether the seven-year statutory period under G.S. 1-38 had run at the time this action was instituted.

GODLEWSKI v. CLEMMONS MORAVIAN PRESCHOOL

No. 80P94

Case below: 113 N.C.App. 424

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

GUILFORD CO. DEPT. OF EMER. SERV. v. SEABOARD CHEMICAL CORP.

No. 182P94

Case below: 114 N.C.App. 1

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

HAITHCOX v. FURNITURE INDUSTRIES

No. 263P94

Case below: 114 N.C.App. 504

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

HARWARD v. SMITH

No. 212P94

Case below: 114 N.C.App. 263

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.